Sept. 22, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

ABEL ACOSTA, CLERK
TEXAS COURT OF CRIMINAL APPEALS
P.O. Box 12308, Capitol Station
Austin, Texas 78711

In re: Ex parte Isaias L. Palacios, Writ No. WR-82,566-04

TO THE HON. ABEL ACOSTA, CLERK:

On 2/18/2015 my Art. 11.07 Writ of Habeas Corpus was DENIED without written order. I have previously requested the name of the Judge who so entered this Order. To date I have not received [any] reply to my inquiry which is legal by Law. As I am seeing andinordinate amount of Art. 11.07 Writs being denied in open violation of Art. 1 §12 of the Texas Constitution, an action which violates both Art.s 1, §§ 13 & 19, as well as the 5th & 14th Amendments to the U.S. Constitution, then I believe some action is needed to correct this issue.

As I am now in Federal Court, I believe that, by Law, I have a Right to make this request. Should you feel you need not give me this information as I have seen others receive it, please so inform me so that I may contact both the Legislative officials who make the Laws, and, the State Commission on Judicial Conduct. I am fully aware that you have no Judicial authority to dismiss the Writs without putting them before the Court, but some say this may be what is occurring. I deem to think otherwise.. I await your reply.

Respectfully requested,

/s/ Isaias L. Palacios

Isaias L. Palacios    No. 1709341
C.T. Terrell Unit
1300 FM 655
Rosharon, Texas   77583


Dated & documented